1004

No. 610. Mackay v. Nesbett, Chief Justice, Supreme Court of Alaska, et al., 396 U. S. 960. Motion to dispense with printing petition granted. Motion for leave to file petition for rehearing denied. Mr. Justice Douglas is of the opinion that the motion for leave to file petition for rehearing should be granted.

No. 1124, Misc. Dearinger v. United States, 396 U. S. 1030. Motion for leave to file petition for rehearing denied. Mr. Justice Marshall took no part in the consideration or decision of this motion.

March 30, 1970

No. 1066. City of Phoenix et al. v. Kolodziejski. Appeal from D. C. Ariz. [Probable jurisdiction noted, ante, p. 903.] Motion to dispense with printing amici curiae brief of Elizabeth M. Axtell et al. granted. Richard H. Frank on the motion.

No. 628. Schacht v. United States. C. A. 5th Cir. [Certiorari granted, 396 U. S. 984.] Motion of the United States for additional time for oral argument granted and 45 minutes allotted to each side. Motion of David H. Berg for leave to argue pro hac vice granted. Solicitor General Griswold on the motion for the United States. Chris Dixie on the motion for David H. Berg.

No. 670. Perkins et al. v. Matthews, Mayor of Canton, et al. Appeal from D. C. S. D. Miss. [Probable jurisdiction noted, ante, p. 903.] Motion of appellants to advance oral argument denied. Armand Derfner on the motion. A. F. Summer, Attorney General of Mississippi, and William A. Allain, Assistant Attorney General, in opposition.